Matter of MARGARET T. DARRAUGH, Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York et al., Respondents.

(Submitted May 12, 1930; decided May 15, 1930.)

512

*Isidore Oshlag* for motion.

*Joseph M. Lonergan* opposed.

Motion denied if appellant has served undertaking or serves same and pays ten dollars costs of motion within ten days; otherwise granted, with costs and ten dollars costs of motion.